# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:07CV366

| | |
|---|---|
| MENDA MITCHELL, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>FAMILY SUPPORT SERVICES, INC. and )<br>TANYA L. JONES, )<br>      Defendants. )<br>)<br>_____ ) | ORDER |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Docket # 14].

Defendants have submitted answers, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: August 21, 2008

Graham C. Mullen
United States District Judge